P. D. BROADWELL v. C. B. RAY.

*Certiorari—Appeal—Dismissal.*

Where a *certiorari* has been granted to an appellant to complete the
record by supplying material evidence that had been omitted from
the case as settled, but the Clerk of the Superior Court returns
that appellant failed to perfect his appeal, or to pay fees for a
transcript of the record, though demanded, the appeal will be
dismissed. .

ACTION by P. D. Broadwell against C. B. Ray. From the judgment defendant appealed, and, material evidence

having been omitted from the case as settled, he was granted a *certiorari* to complete the record. To this the Clerk returns that defendant failed to perfect his appeal or to pay fees for a transcript of the record.

For prior report, see 111 N. C., 457.

*Mr. W. H. Pace,* for petitioner.
*Mr. S. G. Ryan,* for respondent.

PER CURIAM : A *certiorari* was granted in this case, 111 N. C., 457. To this the Clerk of Wake Superior Court returns that the defendant failed to perfect his appeal or to pay fees for a transcript of the record, though demanded.

The appeal must be dismissed. *Bailey* v. *Brown,* 105 N. C., 127 ; *State* v. *Nash,* 109 N. C., 822.

Appeal Dismissed.